**No. 50639.**— Protest 784540–G of W. R. Zanes & Co. (Galveston).

Opinion by KINCHELOE, J.   In accordance with stipulation that the merchandise consists of cotton rags the same in all material respects as those the subject of Abstract 47174, the protest was sustained as claimed.

**No. 50640.**—Protests 820089–G, etc., of Barry Importing Co. et al. (New York).

Opinion by LAWRENCE, J.   The protests were dismissed.

BEFORE THE THIRD DIVISION, OCTOBER 31, 1945

**No. 50641.**—Protests 49599–K, etc., of Hummel Chemical Co., Inc. (New York):

Opinion by KEEFE, J.   At the trial it was established that it was necessary to destroy the drums in order to remove the contents, and that after the removal of the wool grease from the containers, the mutilated drums are carted away to the dump at the expense of the importer. The collector's amended reports were offered in evidence wherein it is stated that the drums were of the character to which free entry may be granted. In view of the evidence the protests were sustained as claimed.